is testimony from other witnesses that appellant, after the collision, appeared to have been drinking. In view of this testimony we perceive no error in permitting the witness Chastaine to testify as to the result of the blood test and express his opinion as to the amount of alcohol or number of bottles of beer a person would have to consume in order to have a certain percentage of alcohol in his blood.

■ The evidence is sufficient to support the conviction and no reversible error appears. The judgment is affirmed.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for the felony offense of drunken driving, with punishment assessed at a fine of $500 and sixty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.